IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

        Petitioner,

v.                                      Case No. 24-CV-309

GARY BOUGHTON,

        Respondent.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Assistant Attorney General Sonya Bice, will appear for and represent the Respondent, in this appeal. All other papers should be served through the Court's CM/ECF system.

Dated in Madison, Wisconsin this 16th day of September 2024.

        Respectfully submitted,

        JOSHUA L. KAUL
        Wisconsin Attorney General

        <u>s/ Sonya Bice</u>
        SONYA BICE
        Assistant Attorney General
        State Bar #1058115

        Attorney for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-3935
(608) 294-2907 (Fax)
bicesk@doj.state.wi.us