IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

    Petitioner,

v.                                   Case No. 24-CV-1039

GARY BOUGHTON,

    Respondent.

## SECOND MOTION TO EXTEND TIME TO FILE
## BRIEF IN OPPOSITION

Respondent Gary Boughton, by undersigned counsel, moves this Court for an order extending the deadline to file its Brief in Opposition in this case by a period of 15 days, to July 1, 2025. Fed. R. Civ. P. 6(b), 7; Civ. Local R. 7. The grounds for this second extension request are as follows:

1. Pursuant to this Court's May 15, 2025 Text Only Order, Respondent has until June 16, 2025, to file the brief in opposition.

2. I will be unable to complete the brief in opposition by June 16, 2025, due to multiple intervening deadlines and obligations including:

    a. Ferguson *v. Miller*, 24CV1479 (Eastern District of Wisconsin, Reply Brief in Support of Motion to Dismiss Petition for Writ of Habeas Corpus) filed May 16, 2025;

  b. *Rausch v. Cahak*, 23CV309 (Eastern District of Wisconsin, Motion to Dismiss Petition for Writ of Habeas Corpus and Brief in Support) filed May 23, 2025;

  c. *State v. Erickson*, 2024AP1989-CR (Wisconsin Court of Appeals, response brief) filed June 9, 2025; and

  d. *Hall v. Buesgen*, 24CV739 (Western District of Wisconsin, Brief in Opposition to Petition for Writ of Habeas Corpus) filed June 12, 2025.

3. This is the second extension Respondent has requested in this matter.

4. For these reasons, Respondent respectfully requests that this Court enter an order extending the deadline for its Brief in Opposition to July 1, 2025. If it is possible to file the motion in this matter prior to the extended deadline, Respondent will do so.

Dated this 16th day of June 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Sonya K. Bice
SONYA K. BICE
Assistant Attorney General
State Bar #1058115

Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3935
(608) 294-2907 (Fax)
bicesk@doj.state.wi.us