UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE PRUDE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GARY BOUGHTON,<br><br>　　　　　Respondent. | Case No: 24-cv-0309 |

**PLAINTIFF'S CIVIL L. R. 7(h) EXPEDITED MOTION FOR AN EXTENSION OF TIME TO FILE WIS. STAT. §974.06 MOTION**

　　　　Plaintiff Terrance Prude, by and through undersigned counsel, Motley Legal Services files this expedited motion pursuant to Civil Local Rule 7(h) requesting a forty-two-day (42) day extension to file his Wis. Stat. §974.06 motion.

　　　　1.　　Pursuant to the Court's Order issued on December 4, 2025, the matter was stayed and Plaintiff was to file his Wis. Stat. §974.06 motion within sixty (60) days of the order. Dkt. 32 at 3.

　　　　2.　　I noticed my appearance on this matter on February 1, 2026 and will be unable to file the Wis. Stat. §974.06 motion by February 2, 2026.

　　　　3.　　This is the first extension that Plaintiff is requesting of the court.

　　　　4.　　For these reasons, Plaintiff respectfully requests that this Court enter an order extending the deadline to file the Wis. Stat. §974.06 motion by March 16, 2026.

　　　　Dated at Milwaukee, Wisconsin this 1st day of February 2026.

　　　　　　　　　　　　　　　　　　　　　　**MOTLEY LEGAL SERVICES**

　　　　　　　　　　　　　　　　　　　　　　By: *s/Kimberley Cy. Motley*
　　　　　　　　　　　　　　　　　　　　　　Kimberley Cy. Motley, SBN 1047193

PO Box 1433
Matthews, NC 28106
(704) 763-5413 (phone)
kmotley@motleylegal.com

Attorney for Plaintiff