Eastern District Court

Petitioner: Terrance Prude,

-vs- Case #24-CV-1039-LA

Respondents: Gary Boughton.

## Judicial Notice

I, Terrance Prude, motion this court to take judicial notice of the following evidence in direct support of arguments made at DKt.#36, Page 3-8.

(1) After I filed upon this court DKt#36, on July 8, 2026, I wrote and mailed a third letter[1] to the Milwaukee County Circuit Court to inquire about the March 9, 2026 order[2] that it failed to mail me. See Exhibit#5 attached.

(2) On September 10, 2026, I received by mail (at the prison I'm housed at) a response letter from the Milwaukee County Circuit Court clerk which indicated that the only way it would send me a copy (March 9, 2026 order in question) is if I

[1] The first and second letters are located at DKt.#36-1 at Exhibits#3 and #4.

[2] See March 9, 2026 order at DKt.#36-1 at Exhibit#2.

mailed a check in the amount of "$3.75 plus $0.78 for postage for a total of $4.53"[3]. See Milwaukee County Clerk of Circuit Court letter dated September 4, 2026 attached marked Exhibit #6.

Terrance Prude
Terrance Prude,
Date: 9-10-2026

[3] There's no requirement that a party must pay a fee to obtain a copy of a court's ruling in a case under this context. Nevertheless, had I known of this requirement I absolutely would have paid the erroneous fee in order to exhaust state court remedies as argued at Dkt. #26, Page 4-8