[Exhibit #5]

Date: August 17, 2026



From: Terrance Prude #335878
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, Wisconsin 53805

To: Clerk of Circuit Court
Milwaukee County Safety Building
821 W. State Street, Room # 117
Milwaukee, WI 53233-1427

Re: State of Wisconsin v. Terrance Prude,
Case # 1999-CF-5988

Dear Clerk:

This is my 3rd letter to you where I've requested to receive my copy of the court order that was issued on 3-09-2026 by Judge Jonathan D. Richards. I only found out that a decision was issued on 3-09-2026 because a friend looked on CCAP and notified me of it. I'm not sure why your office did not mail me a copy of the 3-09-2026 order and it is now August 17, 2026 and I've still not received a copy of the 3-09-2026 ruling. I

[Exhibit #5]



am still needing a copy of the order so that I can read what the court's reasoning was for denying my motion.

It's important to note that depriving me of a copy of the 3-09-2026 decision for more than 90-days is what prevented me from complying with the 90-day time limit to file a notice of appeal pursuant to Wis. Stat. 808.04(1) and Wis. Stat. 809.10(1)(e). The failure to provide me with a copy of the 3-09-2026 decision blocked my access to the Wisconsin Court of Appeals so that I could appeal the 3-09-2026 decision.

In conclusion, can you PLEASE MAIL ME A COPY OF The March 9, 2026 DECISION. Thank you.

Terrance Prude

MILWAUKEE COUNTY

MILWAUKEE COUNTY CLERK OF CIRCUIT COURT

ANNA MARIA HODGES
Clerk of Circuit Court/Director of Court Services

CRIMINAL DIVISION

ADMINISTRATIVE OFFICE

NOAH GEHLING
Division Administrator

EILEEN LAUER
Deputy Division Administrator

LATASHA SIMS
Deputy Division Administrator

SAMUEL JACKOYO
Accounting Supervisor

MICHAEL GROSSMAN
Staff Attorney

STEVEN P. COTTER
Staff Attorney

CARLY M. CUSACK
Staff Attorney

[Exhibit #6]

September 4, 2026

Terrance Prude #335878
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

Re: Case Number(s): 1999CF005988

Dear: Mr. Prude:

☒ Your request for other file documents is governed by Wisconsin's Open Records Law. Section 19.35(3), Wis. Stats., allows the clerk's office to charge a fee for photocopying file documents. That fee is $1.25 per page plus postage. A court has no statutory authority to waive this fee for indigent defendants unless waiver is in the public interest and therefore, an affidavit of indigency has no application. The ORDER that you have requested consist of 3 pages and will cost $3.75 plus $0.78 for postage for a total of $4.53. **Please send a check or money order payable to the Clerk of Court.**

☐ The documents you have requested are not contained in the court file.

☐ Other: Orders are not automatically mailed. They always need to be requested.

By:

Clerk of Circuit Court
Criminal Division