**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**TERRANCE PRUDE,**
**Petitioner,**

**v.** **Case No. 24-cv-1039**

**GARY BOUGHTON,**
**Respondent.**

---

**ORDER**

Yesterday I lifted the stay in this habeas action, ordered respondent to supplement the record, and gave petitioner leave to reply to respondent's filing. The electronic docket indicates that petitioner is represented by Kimberley Chongyon Motley, who filed an appearance on February 1, 2026, but has not been heard from since. Petitioner's recent filings appear to have been filed pro se, with no attorney involvement. As it stands, my order will be sent electronically only to the attorney of record. Therefore, I am requesting clarification as to who is representing petitioner now.

It is therefore **ORDERED** that petitioner and Attorney Motley should notify the court about the status of petitioner's representation as soon as possible, but no later than **October 16, 2026**. If petitioner is proceeding pro se at this point, he should confirm his current address so that he can be properly served with all filings in this case.

**IT IS FURTHER ORDERED** that a copy of yesterday's order (ECF No. 38) and this order should be mailed to petitioner at the address on his most recent filings (*see* ECF No. 37-1), at the Wisconsin Secure Program Facility.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2026.

/s/Lynn Adelman
LYNN ADELMAN
United States District Judge