Afghanistan and United States
Afghan Tel: +93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

October 16, 2026

Honorable Lynn Adelman
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: Confirmation of the Legal Representation of Terrance Prude
*Terrance Prude v. Gary Boughton*, 24-cv-0309

Dear Judge Adelman,

I am sending this correspondence with regards to the court's order for the status of representation of Terrance Prude. *Dkt.* 39

Please note that I still represent Mr. Prude. Additionally, I informed Mr. Prude of the court orders in Dkt. 38 and 39 and have also mailed copies to him as instructed. Thank you for your consideration.

Respectfully Submitted,

s:/Kimberley Cy. Motley
Kimberley Cy. Motley